IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PRENTICE WILSON and ELIZABETH WILSON, Each Individually and As A Statutory Beneficiary of GEORGIA ANN WILSON AND LAURA DEEMER, Individually and As A Statutory Beneficiary of CARLY MARY ROSE DEEMER | *<br>*<br>*<br>*<br>*<br>*<br>* |
| vs. | * CIVIL ACTION NO. . 2:13-cv-00144 * |
| JOHN R. CLINE and DRANSCO, INC. | * JURY TRIAL DEMANDED |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the above and foregoing Joint Motion to Dismiss;

IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled and numbered suit and all third party demands, interventions, cross-claims and other incidental demands be and they are hereby fully and finally dismissed with full prejudice to all rights of Plaintiffs, PRENTICE WILSON and ELIZABETH WILSON, each Individually and as a Statutory Beneficiary of GEORGIA ANN WILSON and LAURA DEEMER, Individually and as a statutory Beneficiary of CARLY MARY ROSE DEEMER, and that each party shall bear its own respective costs.

**SIGNED this 28th day of May, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE